IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALICIA D. MAYSE, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of the )<br>Social Security Administration, )<br>  )<br>  Defendant. ) | Case No. CIV-22-01078-JD |

## ORDER

Before the Court is Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Motion") [Doc. No. 11]. For good cause shown, the Motion is GRANTED. The Court hereby REVERSES the Commissioner's decision in this matter and REMANDS the case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *See Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993). A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED this 15th day of May 2023.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE